RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHARLES M. DUFFY, Trial Attorney
Tax Division, U.S. Department of Justice
P. O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6406
Facsimile:  (202) 307-0054
Email:    Charles.M.Duffy@usdoj.gov

KENJI M. PRICE, United States Attorney
HARRY YEE, Assistant United States Attorney
District of Hawaii
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>     v.<br><br>DONNA M. JAQUES,<br><br>    Defendant. | Case No.<br><br>**COMPLAINT** |

The United States of America ("the United States"), through its undersigned counsel, states the following claims against the Defendant:

**INTRODUCTION**

1. This is a civil action brought by the United States to reduce to judgment certain outstanding federal tax liabilities assessed against Defendant Donna M. Jaques (hereafter "Donna Jaques").

2. This action is commenced pursuant to 26 U.S.C. § 7401 at the direction of the Attorney General of the United States and with the authorization of, and at request of, the Chief Counsel of the Internal Revenue Service (hereinafter, the "IRS"), a delegate of the Secretary of the Treasury of the United States.

**JURISDICTION AND VENUE**

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1340, 28 U.S.C. § 1345, and 26 U.S.C. § 7402.

4. Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1396, because it is the district where the liability for the taxes at issue accrued and it is the district where the Defendant resides.

**IDENTIFICATION OF DEFENDANT**

5. Defendant Donna Jaques is an adult individual residing in Captain Cook, Hawaii, which is in this judicial district. Donna Jaques resided in this judicial district during all periods in which the tax assessments at issue in this case accrued. Donna Jaques is named as a defendant in this action

because she has unpaid federal tax assessments described in paragraph 6, below.

## THE INCOME TAX AND RELATED ASSESSMENTS MADE BY THE IRS AGAINST DONNA JAQUES FOR HER 2007, 2010, 2011, 2012 AND 2013 TAX YEARS

6. On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments for federal individual income taxes, plus statutory penalties and interest accruing thereto, against Donna Jaques, as follows:

| Tax Year | Tax Type | Assessment Date | Assessed Amount |
| --- | --- | --- | --- |
| 2007 | Income | May 25, 2009 | $105,509.00 (T) |
| | | | 3,793.29 (ETP) |
| | | | 19,251.45 (LFP) |
| | | | 5,989.34 (FTP) |
| | | | 6,310.17 (I) |
| | | July 26, 2010 | 11,550.66 (FTP) |
| | | July 25, 2011 | 3,850.24 (FTP) |
| | | November 3, 2014 | 26,503.28 (I) |
| | | November 9, 2015 | 4,307.41 (I) |
| | | November 7, 2016 | 4,430.25 (I) |
| | | November 6, 2017 | 4,491.62 (I) |
| | | November 5, 2018 | 4,039.87 (I) |

| 2010 | Income | June 3, 2013 | $ 14,150.00 (T) |
| --- | --- | --- | --- |
| | | | 32.00 (ETP) |
| | | | 1,149.69 (LFP) |
| | | | 664.27 (FTP) |
| | | | 444.65 (I) |
| | | November 3, 2014 | 324.34 (I) |
| | | | 613.16 (FTP) |
| | | November 9, 2015 | 260.13 (I) |
| | | November 7, 2016 | 316.47 (I) |
| | | November 6, 2017 | 365.24 (I) |
| | | November 5, 2018 | 438.74 (I) |
| 2011 | Income | May 20, 2013 | $ 15,436.00 (T) |
| | | | 83.00 (ETP) |
| | | | 1,191.37 (LFP) |
| | | | 370.65 (FTP) |
| | | | 198.06 (I) |
| | | November 3, 2014 | 321.54 (I) |
| | | | 873.67 (FTP) |
| | | November 9, 2015 | 259.93 (I) |
| | | | 79.42 (FTP) |
| | | November 7, 2016 | 319.13 (I) |
| | | November 6, 2017 | 368.28 (I) |
| | | November 5, 2018 | 442.42 (I) |

| 2012 | Income | June 3, 2013 | $ 14,111.00 (T) |
| --- | --- | --- | --- |
| | | | 55.00 (ETP) |
| | | | 41.76 (FTP) |
| | | | 16.85 (I) |
| | | November 3, 2014 | 186.57 (I) |
| | | | 689.04 (FTP) |
| | | November 9, 2015 | 159.92 (I) |
| | | | 313.20 (FTP) |
| | | November 7, 2016 | 205.99 (I) |
| | | November 6, 2017 | 237.73 (I) |
| | | November 5, 2018 | 285.60 (I) |
| 2013 | Income | April 3, 2017 | $ 27,859.00 (T) |
| | | | 39.00 (ETP) |
| | | | 1,065.37 (LFP) |
| | | | 852.30 (FTP) |
| | | | 604.07 (I) |
| | | November 5, 2018 | 526.40 (I) |
| | | | 331.44 (FTP) |

T = Tax assessment.

I = Interest assessment.

FTP = Failure to Pay Penalty under 26 U.S.C. § 6651(a)(2).

LFP = Late Filing Penalty under 26 U.S.C. § 6651(a)(1).

ETP = Estimated Tax Penalty under 26 U.S.C. § 6654(a).

7. Timely notices of assessments described in paragraph 6, above, were given to Donna Jaques and demands for payment of the assessments were made, as required by 26 U.S.C. § 6303.

8. Despite notice and demand for payment of the assessments described in paragraph 6, above, Donna Jaques neglected, failed, or refused to pay the indebted amounts on those assessments.

9. The assessments described in paragraph 6, above, plus accrued statutory interest and other statutory additions from the dates of the assessments, less any abatements, payments, or credits, remain due and owing. As of March 15, 2019, the outstanding aggregate balance of the assessments described in paragraph 6, above, taking into account payments, credits, and abatements, is $102,492.83 plus statutory interest and other statutory additions as provided by law. This amount was calculated as follows:

| Tax Year | Balance as of March 15, 2019 |
|---|---|
| 2007 | $ 67,640.22 |
| 2010 | 9,978.40 |
| 2011 | 10,062.08 |
| 2012 | 6,495.22 |
| 2013 | 8,316.91 |
| Total | $102,492.83 |

10.  The tax and other assessments set forth in paragraph 6, above, are based on the tax owing amounts that Donna Jaques reported on the federal income tax returns (IRS Form 1040) that she filed for her 2007, 2010, 2011, 2012 and 2013 tax years.

11.  Donna Jaques filed a joint 2007 income tax return with her then husband Robert R. Jaques.

12.  Robert R. Jaques passed away on or about January 12, 2009.

13.  Donna Jaques designated her filing status on her 2010, 2011, 2012 and 2013 federal income tax returns (IRS Form 1040) as single.

14.  On the 2007 federal income tax return, Donna Jaques reported that she and her deceased husband had a total tax owing of $105,509.00 and, as reported on the return, only $19,947.00 was paid against the tax owed.

15.  On the 2010 federal income tax return that Donna Jaques filed, she reported that she had a total tax owing of $14,150.00 and, as reported on the return, she only paid $8,838.00 against the tax owed.

16.  On the 2011 federal income tax return that Donna Jaques filed, she reported that she had a total tax owing of $15,436.00 and, as reported on the return, she only paid $10,141.00 against the tax owed.

17.  On the 2012 federal income tax return that Donna Jaques filed, she reported that she had a total tax owing of $14,111.00 and, as reported on the return, she only paid $9,935.00 against the tax owed.

18.  On the 2013 federal income tax return that Donna Jaques filed, she reported that she had a total tax owing of $27,859.00 and, as reported on the return, she only paid $21,857.00 and she reported a tax credit of $1,267.00 against the tax owed.

### CLAIM FOR RELIEF:   REDUCE TAX AND OTHER ASSESSMENTS MADE AGAINST DONNA JAQUES FOR HER 2007, 2010, 2011, 2012 AND 2013 TAX YEARS TO JUDGMENT

19.  The United States incorporates paragraphs 1 through 18 by reference, as if fully set forth herein.

20.  Donna Jaques remains indebted for the balance of the assessments described in paragraph 6, above.

21.  The United is entitled to judgment against Donna Jaques based on the tax and related assessments made against her regarding the 2007, 2010, 2011, 2012 and 2013 tax years in the amount of $102,492.83, plus statutory interest and other additions accruing from March 15, 2019.

### REQUEST FOR RELIEF

WHEREFORE, the United States respectfully requests that the Court:

8

A.   Enter judgment in favor of the United States and against Donna Jaques for unpaid federal income taxes for the 2007, 2010, 2011, 2012 and 2013 tax years in the amount of $102,492.83, plus statutory interest and other additions accruing from March 15, 2019; and

B.   Order other further relief as the Court deems just and proper.

Dated:  April 11, 2019

        Respectfully Submitted,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant
        Attorney General

        /s/ *Charles M. Duffy*
        CHARLES M. DUFFY
        Trial Attorney, Tax Division
        U.S. Department of Justice

        *Attorneys for the United States*

        KENJI M. PRICE
        United States Attorney
        HARRY YEE
        Assistant United States Attorney

        *Of Counsel*